CFN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2008 JUL -2 AM 11:53

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Estroberto CISNEROS-Huerta,** Defendant | ) | Magistrate Docket No. '08 MJ 2024 <br> COMPLAINT FOR VIOLATION OF: <br> Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **July 1, 2008,** within the Southern District of California, defendant, **Estroberto CISNEROS-Huerta,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **2nd** DAY OF **JULY, 2008.**

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Estroberto CISNEROS-Huerta**

## PROBABLE CAUSE STATEMENT

On July 1, 2008, Border Patrol Agent E. Dawson was performing line watch duties in the Brown Field Border Patrol Station area of operations. At approximately 9:00am, Agent Dawson responded to a sensor activation near Jamul, California. This area is approximately seven miles east of the Tecate, California Port of Entry and four miles north of the United States/Mexico International border.

Agent Dawson responded to the area and after a brief search encountered nine individuals attempting to hide in brush. Agent Dawson identified himself as a United States Border Patrol Agent and questioned each subject as to their citizenship and immigration status. All nine , including one later identified as the defendant **Estroberto CISNEROS-Huerta**, admitted to being citizens and nationals of Mexico without any immigration documents which would allow them to enter or remain in the United States legally. At 10:30am, all nine subjects were placed under arrest and transported to the Brown Field Border Patrol Station for processing.

Routine record checks of the defendant revealed an immigration history. The defendant's record was determined by a comparison of his immigration record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **December 6, 2007** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.